IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ANTWAN BLACKWELL,**              CASE NO. 2:07-cv-487
                                   CRIM. NO. 2:05-cr-00066(2)
    **Petitioner,**            **JUDGE HOLSCHUH**
                                   **MAGISTRATE JUDGE ABEL**
v.

**UNITED STATES OF AMERICA,**

    **Respondent.**

## OPINION AND ORDER

On October 15, 2008, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

    **IT IS SO ORDERED.**

Date: November 13, 2008                    **/s/ John D. Holschuh**
                                           JOHN D. HOLSCHUH
                                           United States District Judge